# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | 2:13-cr-24-WTL-CMM |
| v. | ) | |
| | ) | |
| DESHAON ASKEW, | ) | |
|     Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig M. McKee's Report and Recommendation that Deshaon Askew's supervised release be revoked, pursuant to Title 18 U.S.C. Sec. 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. Sec. 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 14 months in the custody of the Attorney General. Upon Mr. Askew's release from confinement, he will not be subject to supervised release.

Dated: 08/07/2013

                                                      Hon. William T. Lawrence, Judge
                                                      United States District Court
                                                      Southern District of Indiana

Distribution:

All registered counsel via electronic notification

USMS

USPO